```
Cedric Time
2900 W. Lincoln Ave., #A208
Anaheim, CA 92801
(562) 336-9021
Defendant, In Pro Per
```

FILED

2020 JUN 25 PM 1:18

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRACLE MILE PROPERTIES L.P., | Case No. |
| Plaintiff, | **ACV20-01111-JVS-JDEx** |
| vs. | |
| BRANDON TIME & CEDRIC TIME; DOES 1 TO 25 INCLUSIVE, | NOTICE OF REMOVAL |
| Defendant. | |

**TO THE CLERK OF THE ABOVE-TITLED COURT AND THE HONORABLE UNITED STATES DISTRICT JUDGE:**

PLEASE TAKE NOTICE that Defendant Cedric Time ("Defendant") hereby remove to this Court the above-captioned action described further below:

1. THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED.

On 01/30/2020, MIRACLE MILE PROPERTIES L.P. ("Plaintiff") filed an unlawful detainer action in the Superior Court of California, County of Orange, entitled MIRACLE MILE PROPERTIES L.P. v. BRANDON TIME & CEDRIC TIME; DOES 1 TO 25 INCLUSIVE Case No. 30-2020-01128053-

CL-UD-NJC. Defendant's Answer to the complaint for unlawful detainer was based on a defective Notice to Quit. A true and correct copy of the relevant pleadings, i.e., summons, complaint, Answer, etc are attached hereto as **Exhibit "A"**.

2. This removal is therefore timely because it is not barred by the provisions of 28 U.S.C. § 1446(b).

3. No previous request has been made for the relief requested.

4. The Superior Court of California for the County of Orange is located within the Central District of California. Sec 28 U.S.C. § 84(c)(1). Thus, venue is proper in this Court because it is the "district and divisions embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5. This Action is removable to the instant Court because it originally could have been filed in this Court pursuant to 28 U.S.C. § 1441(a) and/or (b). The complaint presents federal questions. Supplemental jurisdiction exists with respect to any remaining claims pursuant to 28 U.S.C. § 1367.

## II. FEDERAL QUESTION: REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §1331 and §1441.

6. The complaint for Unlawful Detainer is subject to strict notice requirements.

7. Defendant filed his Demurrer to the complaint based on a defective notice, i.e., the Notice to Pay Rent or Quit, failed to comply with The Protecting Tenants at Foreclosure Act [12 U.S.C. §5220].

8. Federal question exists because Defendant's Answer, a pleading that depends on the determination of Defendant's rights and Plaintiff's duties under federal law. Wherefore, Cedric Time respectfully remove this action from the California Superior Court for the Los Angeles, this Court pursuant to 28 United States Code Sections 1331 and 1441.

Respectfully submitted,

**Dated:** 06/25/2020

By: _____
Cedric Time
**Defendant, In Pro Per**

# EXHIBIT "A"

**(CITACION JUDICIAL)**
**UNLAWFUL DETAINER-EVICTION**
*(RETENCIÓN ILÍCITA DE UN INMUEBLE-DESALOJO)*

(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
BRANDON TIME
& CEDRIC TIME   DOES 1 TO 25 INCLUSIVE

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
MIRACLE MILE
PROPERTIES L.P.

| | |
|---|---|
| NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 5 days. You have 5 DAYS, not counting Saturdays and Sundays and other judicial holidays, after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.<br><br>A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courts.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.<br><br>There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services website (www.lawhelpca.org), the California Courts Online Self-Help Center (www.courts.ca.gov/selfhelp), or by contacting your local court or county bar association. | ¡AVISO! Usted ha sido demandado. Si no responde dentro de 5 días, el tribunal puede emitir un fallo en su contra sin una audiencia. Una vez que le entreguen esta citación y papeles legales, solo tiene 5 DÍAS, sin contar sábado y domingo y otros días feriados del tribunal, para presentar una respuesta por escrito en este tribunal y hacer que se entregue una copia al demandante.<br><br>Una carta o una llamada telefónica no lo protege. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no presenta su respuesta a tiempo, puede perder el caso por falta de comparecencia y se le podrá quitar su sueldo, dinero y bienes sin más advertencia.<br><br>Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados local. |
| **FEE WAIVER:** If you cannot pay the filing fee, ask the clerk for a fee waiver form. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case. | **EXENCIÓN DE CUOTAS:** Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. **AVISO:** Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos con un gravamen sobre cualquier cantidad de $10,000 ó más recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desestimar el caso. |

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*

   `30-2020-01128053-CL-UD-NJC`

   SUPERIOR COURT OF CALIFORNIA, COUNTY OF
   1275 N. BERKELEY AVE.
   FULLERTON, CA 92838

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   KEVIN H. MELLO BAR #91679                         CALDER & MELLO
   4676 LAKEVIEW AVE. SUITE #201A PROFFESIONAL LAW CORPOR   (714) 693-4444
   YORBA LINDA, CA 92886

| PLAINTIFF (Name): MIRACLE MILE PROPERTIES L.P. | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): BRANDON TIME | 30-2020-01128053-CL |

3. *(Must be answered in all cases)* An **unlawful detainer assistant (Bus. & Prof. Code, §§ 6400-6415)** [X] did n' for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an u detainer assistant, complete item 6 on the next page.)*

4. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer a*
   a. Assistant's name:
   b. Telephone no.:
   c. Street address, city, and zip:

   d. County of registration:
   e. Registration no.:
   f. Registration expires on *(date)*:

Date: 01/30/2020        David H. Yamasaki, Clerk of the Court        Clerk, by _____ , (Secretario)
(Fecha)

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (form POS-010)).*

[SEAL]

5. **NOTICE TO THE PERSON SERVED**: You are served
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☒ as an occupant.    ALL UNKNOWN OCCUPANTS
   d. ☒ on behalf of *(specify)*:
      under: ☐ CCP 416.10 (corporation).          ☐ CCP 416.60 (minor).
             ☐ CCP 416.20 (defunct corporation).  ☐ CCP 416.70 (conserva'
             ☐ CCP 416.40 (association or partnership). ☐ CCP 416.90 (authorize
             ☒ CCP 415.46 (occupant).             ☐ other *(specify)*:
   e. ☐ by personal delivery on *(date)*:

| ORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE O |
|---|---|
| EVIN H. MELLO   BAR #91679<br>ALDER & MELLO<br>676 LAKEVIEW AVE. SUITE #201<br>PROFFESIONAL LAW CORPORATION<br>ORBA LINDA, CA 92886<br>TELEPHONE NO.: (714) 693-4444   FAX NO. (Optional):<br>AIL ADDRESS (Optional):<br>TTORNEY FOR (Name): MIRACLE MILE PROPERTIES L.P. | |
| IPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>STREET ADDRESS: NORTH JUSTICE CENTER<br>MAILING ADDRESS: 1275 N. BERKELEY AVE.<br>CITY AND ZIP CODE: FULLERTON, CA 92838<br>BRANCH NAME: NORTH JUSTICE CENTER | |
| PLAINTIFF: MIRACLE MILE PROPERTIES L.P.<br><br>FENDANT: BRANDON TIME & CEDRIC TIME<br><br>☐ DOES 1 TO 25 INCLUSIVE | |
| **COMPLAINT — UNLAWFUL DETAINER\***<br>☐ COMPLAINT ☐ AMENDED COMPLAINT (Amendment Number): | CASE NUMBER:<br>30-2020-01128053- |

risdiction (check all that apply):

☐ ACTION IS A LIMITED CIVIL CASE
    Amount demanded    [X] does not exceed $10,000
                               ☐ exceeds $10,000 but does not exceed $25,000
☐ ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint (check all that apply):
    ☐ from unlawful detainer to general unlimited civil (possession not in issue)      ☐ from limited to unlimited
    ☐ from unlawful detainer to general limited civil (possession not in issue)      ☐ from unlimited to limited

AINTIFF (name each): MIRACLE MILE PROPERTIES L.P.

eges causes of action against DEFENDANT (name each): BRANDON TIME & CEDRIC TIME

Plaintiff is   (1) ☐ an individual over the age of 18 years.    (4) [X] a partnership.
            (2) ☐ a public agency.                                (5) ☐ a corporation.
            (3) ☐ other (specify):

☐ Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of (s

fendant named above is in possession of the premises located at (street address, apt. no., city, zip code, and county):
900 W. LINCOLN AVE. #A208, ANAHEIM CA, 92801

intiff's interest in the premises is   [X] as owner    ☐ other (specify):
e true names and capacities of defendants sued as Does are unknown to plaintiff.
On or about (date): 4/3/18                      defendant (name each): BRANDON TIME & CEDRIC T

(1) agreed to rent the premises as a    ☐ month-to-month tenancy   [X] other tenancy (specify): 1 YEAR LE
(2) agreed to pay rent of $ 1,425.00 payable [X] monthly    ☐ other (specify frequency):
(3) agreed to pay rent on the [X] first of the month    ☐ other day (specify):
This [X] written    ☐ oral   agreement was made with

(1) ☐ subtenants.
(2) ☐ assignees.
(3) ☐ other (specify):

d. [X] The agreement was later changed as follows (specify): RENT WAS INCREASED TO $1,475.00 ON 5/1/19

e. [X] A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. (Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)
f. ☐ (For residential property) A copy of the written agreement is not attached because (specify reason):
  (1) ☐ the written agreement is not in the possession of the landlord or the landlord's employees or agents.
  (2) ☐ this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

[X] a. Defendant (name each): BRANDON TIME & CEDRIC TIME

was served the following notice on the same date and in the same manner:
(1) [X] 3-day notice to pay rent or quit      (4) ☐ 3-day notice to perform covenants or quit
(2) ☐ 30-day notice to quit                   (5) ☐ 3-day notice to quit
(3) ☐ 60-day notice to quit                   (6) ☐ Other (specify):
b. (1) On (date): 1/21/20          the period stated in the notice expired at the end of the day.
  (2) Defendants failed to comply with the requirements of the notice by that date.
c. All facts stated in the notice are true.
d. [X] The notice included an election of forfeiture.
e. [X] A copy of the notice is attached and labeled Exhibit 2. (Required for residential property. See Code Civ. Proc., § 1166.)
f. ☐ One or more defendants were served (1) with a different notice, (2) on a different date, or (3) in a different manner, as stated in Attachment 8c. (Check item 8c and attach a statement providing the information required by items 7a–e and 8 for each defendant.)

a. [X] The notice in item 7a was served on the defendant named in item 7a as follows:
  (1) ☐ by personally handing a copy to defendant on (date):
  (2) ☐ by leaving a copy with (name or description):
      a person of suitable age and discretion, on (date):              at defendant's
      ☐ residence ☐ business AND mailing a copy to defendant at defendant's place of residence on
      (date):                because defendant cannot be found at defendant's residence or usual place of business.
  (3) [X] by posting a copy on the premises on (date): 1/15/20      ☐ AND giving a copy to a person found residing at the premises AND mailing a copy to defendant at the premises on
      (date): 1/15/20
      (a) ☐ because defendant's residence and usual place of business cannot be ascertained OR
      (b) [X] because no person of suitable age or discretion can be found there.
  (4) ☐ (Not for 3-day notice; see Civil Code, § 1946 before using) by sending a copy by certified or registered mail addressed to defendant on (date):
  (5) ☐ (Not for residential tenancies; see Civil Code, § 1953 before using) in the manner specified in a written commercial lease between the parties.
b. ☐ (Name):
  was served on behalf of all defendants who signed a joint written rental agreement.
c. ☐ Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.

| | |
|---|---|
| JRNEY FOR (name): <br> PERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE <br> REET ADDRESS: 1275 North Berkeley Avenue <br> ILING ADDRESS: Fullerton, CA 92832-1258 <br> AND ZIP CODE: <br> BRANCH NAME: North Justice Center <br> Plaintiff: Miracle Mile Properties L.P <br> Defendant: Brandon Time et al | MAR 0 9 2020 <br> DAVID H. YAMASAKI, Clerk of <br> BY: RANGEL |
| **ANSWER—UNLAWFUL DETAINER** | CASE NUMBER: <br> 30-2020-01128053-CL |

Defendant (each defendant for whom this answer is filed must be named and must sign this answer unless his or her attorne signs): Time Time and Cedric Time

answers the complaint as follows:

**Check ONLY ONE of the next two boxes:**

a. ☐ Defendant generally denies each statement of the complaint. (Do not check this box if the complaint demands mo $1,000.)

b. ☐ Defendant admits that all of the statements of the complaint are true EXCEPT

   (1) defendant claims the following statements of the complaint are false (state paragraph numbers from the comp explain below or on form MC-025):       ☐ Explanation is on MC-025, titled as Attachment 2b(1).

   (2) defendant has no information or belief that the following statements of the complaint are true, so defendant de them (state paragraph numbers from the complaint or explain below or on form MC-025):
       ☐ Explanation is on MC-025, titled as Attachment 2b(2).

AFFIRMATIVE DEFENSES (**NOTE:** For each box checked, you must state brief facts to support it in item 3l (page 2).)

1. ☐ (Nonpayment of rent only) Plaintiff has breached the warranty to provide habitable premises.
2. ☐ (Nonpayment of rent only) Defendant made needed repairs and properly deducted the cost from the rent, and plai not give proper credit.
3. ☐ (Nonpayment of rent only) On (date):        before the notice to pay or quit expired, defendant the rent due but plaintiff would not accept it.
4. ☐ Plaintiff waived, changed, or canceled the notice to quit.
5. ☐ Plaintiff served defendant with the notice to quit or filed the complaint to retaliate against defendant.
   ☐ By serving defendant with the notice to quit or filing the complaint, plaintiff is arbitrarily discriminating against the defendant in violation of the Constitution or the laws of the United States or California.
6. ☐ Plaintiff's demand for possession violates the local rent control or eviction control ordinance of (city or county, title ordinance, and date of passage):
   (Also, briefly state in item 3l the facts showing violation of the ordinance.)
7. ☐ Plaintiff accepted rent from defendant to cover a period of time after the date the notice to quit expired.
   ☐ Plaintiff seeks to evict defendant based on an act against defendant or a member of defendant's household that constitutes domestic violence, sexual assault, stalking, human trafficking, or abuse of an elder or a dependent adul defense requires one of the following: (1) **a temporary restraining order, protective order, or police report** that more than 180 days old; OR (2) **a signed statement from a qualified third party** (e.g., a doctor, domestic violenc sexual assault counselor, human trafficking caseworker, or psychologist) concerning the injuries or abuse resulting